IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lantern Maritime Company, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: 19cv3385 |
| vs. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Chembulk Trading II, LLC, et al., | § | |
| | § | |
| Defendants and Garnishees. | § | |

**NOTICE OF DISMISSAL OF**
**<u>CERTAIN GARNISHEES</u>**

Plaintiff Lantern Maritime Company, pursuant to Fed. R. Civ. P. 41, hereby dismisses the following Garnishees from this this action:

BP Amoco Chemical Company

BP Amoco Corporation

Chevron Phillips Chemical Company LP

Covestro LLC

Defendants and all other Garnishees are **<u>not dismissed</u>**.

Dated:  October 22, 2019.

/s/ J. Stephen Simms
J. Stephen Simms (admitted *pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:     410-783-5795
Facsimile:       410-510-1789
jssimms@simmsshowers.com

Attorneys for Lantern Maritime Company